# Memorandum

 

| | |
|---|---|
| **Subject**<br>Related Case to Criminal Information in<br>*United States v. Dale Brett Dibiase*<br>Criminal No. 3:23-CR- _____ | **Date**<br>March 1, 2023<br><br>3:23CR14-CWR-FKB |
| **To**<br>Clerk of the Court<br>Southern District of MS | **From**<br>David H. Fulcher<br>Assistant U.S. Attorney |

The attached Criminal Information in the case of *United States v. John Davis*, filed on March 1, 2023, is related to three cases before the Court:

1) *United States v. John Davis,*
   Criminal Number 3:22-cr-104 CWR-FKB

2) *United States v. Nancy W. New*,
   Criminal Number 3:21-cr-00028 CWR-FKB; and

3) *United States v. Zachary W. New*,
   Criminal Number 3:22-cr-0053 CWR-FKB

The present Criminal Information involves the related parties and/or similar factual situations.

                                              DARREN LAMARCA
                                              United States Attorney

By: _____
               David H. Fulcher
               Assistant U.S. Attorney