IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**V.**  **CRIMINAL NO.: 3:23-CR-00014-CWR-LGI**

**DALE BRETT DIBIASE**  **DEFENDANT**

## MOTION FOR DOMESTIC TRAVEL PERMISSION

**COMES NOW**, the defendant, DALE BRETT DIABASE, by and through his undersigned attorney and respectfully moves this Honorable Court to allow the Defendant to travel from his home in Mississippi to Chattanooga, Tennessee and to Pigeon Forge, Tennessee for a family vacation on November 24, 2024, until November 30, 2024 and as grounds therefore respectfully shows unto this Court the following, to-wit:

1. Defendant and his family will be staying one night in Chattanooga Tennessee with the remainder of the trip being in Pigeon Forge, Tennessee; if granted.
2. Defendant will promptly advise his Probation Officer upon his return to his home in Mississippi.
3. The Defendant has been fully compliant with all the conditions of bond that have been previously imposed.
4. The Defendant has consulted with the government, and it has no objection to this request.

WHEREFORE PREMISES CONSIDERED, the Defendant, DALE BRETT DIABASE by and through undersigned counsel respectfully requests that this *Motion for Domestic Travel Permission* be received and considered by this Honorable Court and after same an Order issued granting the defendants request to travel.

1

THIS, the 22nd day of November 2024

                                                                                   */s/ John M. Colette*  
                                                                                   John M. Colette

**JOHN M. COLETTE, MSB #6376**  
John M. Colette, PLLC  
501 South State Street  
Jackson, Mississippi 39201  
(601)355-6277 Office  
(601)355-6283 Facsimile  
Email: colettelawms@gmail.com

## CERTIFICATE OF SERVICE

I, John M. Colette, do hereby certify that I have on this date filed the foregoing with the clerk, and have served a true and correct copy of same via the Court's electronic filing system on all parties of record.

**THIS, the 22nd day of November 2024.**

                                                                                  */s/ John M. Colette*  
                                                                                   John M. Colette