UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § § | **CRIM. NO. 3:23-cr-14** |
| **DALE BRETT DIBIASE** | § § § § | |
| **Defendant** | | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR THE UNITED STATES

The United States, by and through undersigned counsel, respectfully request that the Court permit, Senior Litigation Counsel Della Sentilles to withdraw as counsel of record for the United States.

Ms. Sentilles' last day with the Fraud Section of the Criminal Division of the U.S. Department of Justice is today, February 27, 2025. Trial Attorney Adrienne E. Rosen and Assistant United States Attorneys David H. Fulcher and John A. Meynardie who are also counsel of record will continue to represent the United States in this case. Given this continued representation, the withdrawal of Ms. Sentilles will not delay the progress of this case, otherwise interrupt the working operation of the Court, or be manifestly unfair to either Party.

Accordingly, the undersigned counsel respectfully requests that the Court enter an Order withdrawing Senior Litigation Counsel Della Sentilles from this case and removing her name from the Court's CM/ECF notifications for this action.

                        GLENN S. LEON
                        Chief, Fraud Section
                        Criminal Division
                        U.S. Department of Justice

By:          <u>/s/ *Della Sentilles*</u>
               DELLA SENTILLES
               Senior Litigation Counsel
               1400 New York Ave NW
               Washington, D.C.
               (202) 445-8793