IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:23-cr-00014-CWR-LGI

DALE BRETT DIBIASE

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

COMES NOW the undersigned, Paul A. Hayden, and hereby enters his notice of appearance as co-counsel for the United States of America:

**PAUL ANDREW HAYDEN**, Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
202.353.9370
Paul.Hayden2@usdoj.gov
Virginia Bar # 74977

Service of all pleadings, papers, and documents required to be served in this action on the Defendant should also be served on the above-named appearing counsel.

Dated: September 29, 2025           Respectfully submitted,

                                   LORINDA I. LARYEA
                                   Acting Chief, Fraud Section
                                   Criminal Division
                                   U.S. Department of Justice

                               By: _/s/   Paul A. Hayden_
                                   PAUL A. HAYDEN
                                   Trial Attorney
                                   1400 New York Avenue, NW
                                   Washington, DC 20005
                                   202-353-9370
                                   Paul.Hayden2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I, PAUL A. HAYDEN, hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification to all ECF participant(s) of this record.

Dated: September 29, 2025                                          */s/  Paul A. Hayden*
                                                                             PAUL A. HAYDEN
                                                                             Trial Attorney