IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                                             **CRIMINAL NO. 3:23-CR-00014-CWR-FKB-1**

**DALE BRETT DIBIASE DEFENDANT**

## ENTRY OF APPEARANCE

COMES NOW, John G. Holaday, of the law firm Holaday Law Firm, PLLC, and hereby makes his formal entry of appearance on behalf of DALE BRETT DIBIASE, in the above numbered and styled cause.

This the 11th day of December, 2025.

                                                    Respectfully submitted:

                                                    HOLADAY LAW FIRM, PLLC

                                                    /s/ John G. Holaday
                                        John G. Holaday, Counsel for Dale Brett Dibiase

Of Counsel:

John G. Holaday, MS BAR#9814
HOLADAY LAW FIRM, PLLC
PO Box 321406
Flowood, MS 39232
Telephone: 601.414.3575

## **CERTIFICATE OF SERVICE**

I, John G. Holaday, attorney for Plaintiff, do hereby certify that I have this date caused to be transmitted, via the electronic filing system of this Court, a true and correct copy of the above and foregoing to all counsel of record.

This the 11th day of December, 2025.

                                                          /s/ John G. Holaday
                                                          John G. Holaday