# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**V.**                                                                 **CRIMINAL NO. 3:23-CR-00014-CWR-FKB-1**

**DALE BRETT DIBIASE**                                                                 **DEFENDANT**

## ENTRY OF APPEARANCE

COMES NOW, Autum V. Sills, of the law firm Holaday Law Firm, PLLC, and hereby makes her formal entry of appearance on behalf of DALE BRETT DIBIASE, in the above numbered and styled cause.

This the 12th day of December, 2025.

                                      Respectfully submitted:

                                      HOLADAY LAW FIRM, PLLC

                                      /s/Autum V. Sills
                                    Autum V. Sills, Counsel for Dale Brett Dibiase

Of Counsel:

Autum V. Sills, Miss. Bar No. 106926
HOLADAY LAW FIRM, PLLC
PO Box 321406
Flowood, MS 39232
Telephone: 601.414.3575

## **CERTIFICATE OF SERVICE**

I, Autum V. Sills, attorney for Defendant, do hereby certify that I have this date caused to be transmitted, via the electronic filing system of this Court, a true and correct copy of the above and foregoing to all counsel of record.

This the 12th day of December, 2025.

      /s/Autum V. Sills
      Autum V. Sills